UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGRID R. WILLIAMS, on behalf of herself, all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NICHOLS DEMOS, INC., an Oregon corporation; NICHOLS & ASSOCIATES, INC., an Oregon corporation; FLAIR EVENT MODELS, INC., an Oregon corporation; COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 4:18-cs-00884-JSW<br><br>[**PROPOSED**] **ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANTS NICHOLS DEMOS, INC., NICHOLS & ASSOCIATES, INC., AND FLAIR EVENT MODELS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>Judge:　　Hon. Jeffrey S. White<br>Courtroom:　5 |

[~~PROPOSED~~] ORDER

**ORDER**

Pursuant to the parties' Stipulation Granting Joint Stipulation To Dismiss Defendants Nichols Demos, Inc., Nichols & Associates, Inc., And Flair Event Models, Inc. Pursuant To Federal Rule Of Civil Procedure 41, and good cause appearing therefore, IT IS HEREBY ORDERED THAT Defendants Nichols Demos, Inc., Nichols & Associates, Inc. and Flair Event Models, Inc. are dismissed from this action without prejudice.

IT IS SO ORDERED.

DATED: December 20, 2018

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
United States District Court Judge