UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGRID R WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Defendant. | Case No. 18-cv-00884-JSW<br><br>**JUDGMENT** |

　　　Pursuant to this Court's order dated July 10, 2020, judgment is hereby entered in this case in favor of Defendant and against Plaintiff. The Clerk shall close the file.

　　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 10, 2020

_____
JEFFREY S. WHITE
United States District Judge